```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/26/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DALEWITZ,

                Plaintiff,

-against-

JUSLAW LLC, JUSGLOBAL, LLC
and BEATRICE O'BRIEN,

                Defendants.

24 Civ. 457 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On January 24, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by March 25, 2024.  ECF No. 11.  Those submissions are now overdue.

    Accordingly, by **April 26, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 26, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge