```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/29/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MICHAEL DALEWITZ,

                Plaintiff,

-against-

JUSLAW LLC, JUSGLOBAL, LLC
and BEATRICE O'BRIEN,

                Defendants.

24 Civ. 457 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 24, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by March 25, 2024. ECF No. 11. Having received no submissions from the parties, on March 26, 2024, the Court extended the parties deadline to submit their joint letter and proposed case management plan to April 26, 2024. ECF No. 18.

    Although the parties have now submitted a proposed case management plan, ECF No. 20, they have not filed a joint letter in compliance with the Court's initial pretrial scheduling order. *See* ECF No. 11 at 2. The Court cannot evaluate the proposed case management plan without a joint letter containing the requisite information.

    Accordingly, by **May 7, 2024**, the parties shall submit their joint letter and resubmit their proposed case management plan in accordance with the Court's order at ECF No. 11.

    SO ORDERED.

Dated: April 29, 2024
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge