UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MICHAEL DALEWITZ,

                Plaintiff,

-against-

JUSLAW LLC, JUSGLOBAL, LLC
and BEATRICE O'BRIEN,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2024
```

24 Civ. 457 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    On May 9, 2024, the Court scheduled a case management conference for September 10, 2024. ECF No. 23 ¶ 15. The parties were required to file a joint status letter not later than one week in advance of the conference. *Id.* ¶ 16. The Court received no such submission.

    Further, on August 12, 2024, the Court referred this matter to Magistrate Judge Stewart D. Aaron for, among other purposes, general pretrial management. By order of Magistrate Judge Stewart D. Aaron, fact discovery now closes on September 30, 2024. ECF No. 30.

    Accordingly, the case management conference scheduled for September 10, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 4, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge