UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2024
```

Michael Dalewitz,

                              Plaintiff,

                -against-

JusLaw LLC et al.,

                              Defendants.

1:24-cv-00457 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's September 20, 2024 Letter Motion (ECF No. 32) is GRANTED IN PART and DENIED IN PART as follows:

1.  Defendants shall produce responsive documents in native format. If any responsive documents are not available in native format, Defendants shall provide a witness, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, as to why such documents are not available.

2.  Given Defendants' counsel's representation that documents have been produced as they are kept in the usual course of business, *see* Fed. R. Civ. P. 34(b)(2)(E)(i), Defendants are not required to organize and label them to correspond to the categories in Plaintiff's requests. However, Plaintiff may ask questions regarding this issue during depositions.

3.  Defendants shall produce a categorical privilege log regarding communications made

    prior to the filing of this lawsuit that have been withheld on privilege grounds.

**SO ORDERED.**

Dated:        New York, New York
              September 24, 2024

_____
STEWART D. AARON
United States Magistrate Judge