**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MICHAEL DALEWITZ,

                Plaintiff,                24 **CIVIL** 0457 (AT)

   -against-                      **JUDGMENT**

JUSLAW LLC, JUSGLOBAL, LLC and BEATRICE
O'BRIEN.,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2025, judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $150,000 in damages, plus pre-judgment interest at a rate of nine percent per annum, based on $50,000 due on December 31, 2024 in total interest of $1,035.62, and $100,000 due on January 31, 2025 in total interest of $1,306.85. Plaintiff is further awarded $7,507.50 in attorney's fees.

**Dated**: New York, New York

    March 25, 2025

                                                  **TAMMI M. HELLWIG**
                                                    Clerk of Court

                           **BY:**
                                                      _____
                                                             **Deputy Clerk**